UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>-against-<br><br>SERGIO ZAZUETA OCHOA,<br><br>                    Defendant. | 23-cr-416 (AS)<br><br>SCHEDULING ORDER |

ARUN SUBRAMANIAN, United States District Judge:

    It is hereby ORDERED that the parties appear for an arraignment and initial conference with the Court on **Monday, August 21** at **10:00 AM**, in Courtroom 15A of the Daniel Patrick Moynihan Courthouse, 500 Pearl Street, New York, NY 10007.

    SO ORDERED.

Dated: August 15, 2023
       New York, New York

                                                      ARUN SUBRAMANIAN
                                                  United States District Judge