UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>   -against-<br><br>SERGIO ZAZUETA OCHOA  ,<br><br>        Defendant. | 23-cr-416 (AS)<br><br>ORDER |

ARUN SUBRAMANIAN, United States District Judge:

  A status conference in this case is set for Tuesday, December 5, 2023, at 10:00 AM.

  By 5:00 PM on Monday, December 4, 2023, the parties should submit a joint status letter, updating the Court on the status of discovery and outlining any issues that should be addressed at Tuesday's conference.

  SO ORDERED.

Dated: December 1, 2023
    New York, New York

                          ARUN SUBRAMANIAN
                          United States District Judge