UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>         -against-<br><br>SERGIO ZAZUETA OCHOA<br><br>                    Defendant. | 23-cr-416 (AS)<br><br>REVISED SCHEDULING ORDER |

ARUN SUBRAMANIAN, United States District Judge:

IT IS HEREBY ORDERED that the conference previously scheduled for December 5, 2023, is ADJOURNED to **March 7, 2024**, at **2:00 PM** in **Courtroom 15A** of the Daniel Patrick Moynihan Courthouse, 500 Pearl Street, New York, NY 10007.

IT IS FURTHER ORDERED that the time between today, December 4, 2023, and March 7, 2024, is excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A). The Court finds that that the ends of justice served by granting the proposed exclusion outweigh the best interests of the public and the defendant in a speedy trial, because it will provide the parties with time needed to prepare for further proceedings and to discuss a potential pretrial resolution of the case.

SO ORDERED.

Dated: December 4, 2023
New York, New York

_____
ARUN SUBRAMANIAN
United States District Judge