UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>-against-<br><br>SERGIO ZAZUETA OCHOA,<br>                              Defendant. | 23-cr-416 (AS)<br><br>ORDER |

ARUN SUBRAMANIAN, United States District Judge:

A status conference in this case is set for Tuesday, May 14, 2024, at 4:00 PM.

By 5:00 PM on Monday, May 13, 2024, the parties should submit a joint status letter, updating the Court on the status of this case and outlining any issues that should be addressed at Tuesday's conference.

SO ORDERED.

Dated: May 13, 2024
       New York, New York

_____
ARUN SUBRAMANIAN
United States District Judge