UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br> -against-<br><br>SERGIO ZAZUETA OCHOA ,<br><br>        Defendant. | 23-cr-416 (AS)<br><br>ORDER |

ARUN SUBRAMANIAN, United States District Judge:

  A status conference in this case is set for Tuesday, June 25, 2024, at 4:00 PM.

  By 5:00 PM on Friday, June 21, 2024, the parties should submit a joint status letter, updating the Court on the status of this case and outlining any issues that should be addressed at Tuesday's conference.

  SO ORDERED.

Dated: June 18, 2024
    New York, New York

                  _____
                  ARUN SUBRAMANIAN
                  United States District Judge