

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

June 21, 2024

**BY CM/ECF**

The Honorable Arun Subramanian
United States District Judge
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, New York 10007

      Re:    <u>United States v. Sergio Zazueta Ochoa</u>, 23 Cr. 416 (AS)

Dear Judge Subramanian:

      The Government writes to request an adjournment of the proceeding presently scheduled for June 26, 2024, at 4:00 p.m. Discovery in this case has been produced and the motions deadline has passed. Defense counsel has submitted a deferred prosecution application to the Government and the Government is actively considering that application and expects to resolve the application very shortly. Accordingly, the Government respectfully requests an adjournment of the presently-scheduled conference until the week of July 15 to permit the Government to complete its consideration of the defendant's submission. Defense counsel consents to this request and notes that she is available for a conference the week of July 15, 2024, except for the mornings of July 16 and 19, and all day on July 17.

      The Government also requests that the time between today and the rescheduled conference be excluded pursuant to the provisions of the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A). The Government respectfully submits that the ends of justice served by granting the proposed exclusion outweigh the best interests of the public and the defendant in a speedy trial, as the proposed exclusion will provide the parties with time needed address a potential pretrial resolution of the case. Defense counsel also consents to this request.

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney for the
Southern District of New York

by: ___/s_____
Maggie Lynaugh
Assistant United States Attorney
(212) 637-2448

Cc: Marne Lennox, Esq. (Via ECF and Email)

Application granted. Due to the Court's availability, the conference will be held the following week. The conference set for Tuesday, June 25, 2024 is hereby adjourned to Thursday, July 25, 2024, at 4:00 PM.

IT IS FURTHER ORDERED that the time between today, June 24, 2024, and July 25, 2024, is excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A). The Court finds that the ends of justice served by granting the proposed exclusion outweigh the best interests of the public and the defendant in a speedy trial, because it will provide the parties with time needed to discuss a potential pretrial resolution of the case.

The Clerk of Court is directed to terminate the motion at Dkt. 22.

SO ORDERED.

Arun Subramanian, U.S.D.J.
Date: June 24, 2024