UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>-against-<br><br>SERGIO ZAZUETA OCHOA,<br>                          Defendant. | 23-cr-416 (AS)<br><br>ORDER |

ARUN SUBRAMANIAN, United States District Judge:

    A status conference in this case is set for July 25, 2024, at 4:00 PM.

    By 5:00 PM on Friday, July 12, 2024, the parties should submit a joint status letter, updating the Court on the status of this case and outlining any issues that should be addressed at the conference.

    SO ORDERED.

Dated: July 9, 2024
       New York, New York

                                                ARUN SUBRAMANIAN
                                               United States District Judge