

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

---

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

July 12, 2024

**BY CM/ECF**
The Honorable Arun Subramanian
United States District Judge
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, New York 10007

> Re:    **United States v. Sergio Zazueta Ochoa**, 23 Cr. 416 (AS)

Dear Judge Subramanian:

The parties write in response to the Court's July 9, 2024 Order requesting a letter updating the Court on the status of the case and outlining any issues to be addressed at the conference scheduled for July 25, 2024, at 4:00 p.m. As the parties have previously informed the Court, defense counsel submitted a deferred prosecution application to the Government. The Government has now considered that application and declined to defer prosecution. In light of that determination, however, the parties are actively discussing a potential pre-trial disposition of the case. Accordingly, the parties respectfully request an adjournment of the presently-scheduled conference for approximately 30 days to allow the parties to see if they can reach such a disposition.

If the Court is inclined to grant an adjournment, the Government also respectfully requests that the time between today and the rescheduled conference be excluded pursuant to the provisions of the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A). The Government respectfully submits that the ends of justice served by granting the proposed exclusion outweigh the best interests of the public and the defendant in a speedy trial, as the proposed exclusion will provide the parties with time needed address a potential pretrial resolution of the case. Defense counsel consents to this request.

The request for an adjournment is GRANTED. The conference will now take place on Wednesday, August 28, 2024, at 2:00 PM. IT IS FURTHER ORDERED that the time between July 25, 2024, and August 28, 2024, is excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A). The Court finds that the ends of justice served by granting the proposed exclusion outweigh the best interests of the public and the defendant in a speedy trial, because it will provide the parties with time needed to discuss a potential pretrial resolution of the case.

The Clerk of Court is directed to terminate the motion at Dkt. 25.

SO ORDERED.

Arun Subramanian, U.S.D.J.
Date: July 16, 2024

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney for the
Southern District of New York

by:    /s
Maggie Lynaugh
Assistant United States Attorney
(212) 637-2448

Cc: Marne Lennox, Esq. (Via ECF)