

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

---

*The Jacob K. Javitz Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

August 25, 2024

**BY CM/ECF**
The Honorable Arun Subramanian
United States District Judge
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, New York 10007

   Re: **United States v. Sergio Zazueta Ochoa**, 23 Cr. 416 (AS)

Dear Judge Subramanian:

  It is the Government's understanding that the defendant intends to enter a change of plea in the above-captioned case. Although a status conference is presently scheduled for August 28, 2024 at 2:00 p.m., due to travel schedules of counsel, the parties respectfully request that the scheduled conference be adjourned and a change of plea proceeding scheduled for the week of September 3, 2024 or the week of September 9, 2024.

  If the Court is inclined to grant the requested adjournment, the Government also respectfully requests that the time between today and the scheduled change of plea proceeding be excluded pursuant to the provisions of the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A). The Government respectfully submits that the ends of justice served by granting the proposed exclusion outweigh the best interests of the public and the defendant in a speedy trial, as the proposed exclusion will serve to facilitate a potential pretrial resolution of the case. Defense counsel consents to this request.

              Respectfully submitted,

              DAMIAN WILLIAMS
              United States Attorney for the
              Southern District of New York

       by:   /s
           Maggie Lynaugh
           Assistant United States Attorney
           (212) 637-2448

Cc: Marne Lennox, Esq. (Via ECF)

---

**[Handwritten/endorsed order:]**

Application GRANTED. The conference will now take place on Wednesday, September 11, 2024, at 12:00 PM. IT IS FURTHER ORDERED that the time between today, August 26, 2024, and September 11, 2024, is excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A). The Court finds that the ends of justice served by granting the proposed exclusion outweigh the best interests of the public and the defendant in a speedy trial, because it will provide the parties with time needed to discuss a potential pretrial resolution of the case.

The Clerk of Court is directed to terminate the motion at Dkt. 27.

SO ORDERED.

Arun Subramanian, U.S.D.J
Date: August 27, 2024