UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

| | |
|---|---|
| UNITED STATES<br><br>vs. | _____ Cr. _____( )<br><br>Order |

**To: U.S. Marshals Office**

       **It is hereby ordered :**

That the Defendant,                              , Reg #

having been sentenced in the above case to a term of Time Served; The U.S. Marshals are to

release the defendant unless any pending warrants, detainers or other issues are encountered.

_____
**United States District Judge**

_____
**Date**